# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 00-2585

_____

Dwight Ford,

              Appellant,

v.

Larry Norris, Director, Arkansas
Department of Correction; Greg
Harmon, Warden, Maximum Security
Unit, Arkansas Department of
Correction; David Guntharp,
Assistant Director, Arkansas
Department of Correction; Steve
Outlaw, Assistant Warden, Maximum
Security Unit, Arkansas Department
of Correction; K. L. Wade, CO-II,
Mail Room Supervisor, Maximum
Security Unit, Arkansas Department
of Correction,

              Appellees.

Appeal from the United States
District Court for the Eastern
District of Arkansas.

[UNPUBLISHED]

_____

Submitted: April 6, 2001

Filed: April 10, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG,
Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Dwight Ford appeals the district court's 28 U.S.C. § 1915A dismissal of Ford's civil rights complaint against prison officials. Having carefully reviewed the record, we conclude the district court properly dismissed Ford's complaint. We affirm. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.